# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 6/9/2023
Case: 1−23−42033−ess     Form ID: 764     Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    931 Lincoln Place Corp    300 Herkimer    Floor #1    Brooklyn, NY 11216
smg    Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408

TOTAL: 2