UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                           Chapter 11

    931 Lincoln Place Corp                          Case No. 23-42033-ess
  *dba* Fraleg Quincy Corp

                         Debtor.
-----------------------------------------------------------x

## ORDER DISMISSING CASE FOR
## FAILURE TO BE REPRESENTED BY COUNSEL

WHEREAS, on June 8, 2023, 931 Lincoln Place Corp (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on June 16, 2023, the Clerk of the Court filed a notice of hearing on deficient Chapter 11 case for Debtor's failure to be represented by counsel (the "Notice"); and

WHEREAS, in the Notice, the Clerk of the Court directed the Debtor's counsel to file a notice of appearance with the Court within fourteen days of the date of the Notice; and

WHEREAS, the Debtor is an entity and is not an individual; and

WHEREAS, courts in this Circuit have concluded that an entity "must appear through licensed counsel" in federal court, *Lattanzio v. COMITA*, 481 F.3d 137, 140 (2d Cir. 2007); and

WHEREAS, on July 7, 2023, the Court held a hearing on the Debtor's failure to be represented by counsel, at which the Debtor did not appear; and,

WHEREAS, the Debtor has not filed a notice of appearance of counsel.

NOW, THEREFORE, it is

ORDERED, that this bankruptcy case is dismissed for failure to be represented by counsel.



Dated: Brooklyn, New York
August 7, 2023

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

931 Lincoln Place Corp
300 Herkimer
Floor #1
Brooklyn, NY 11216

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

Dinh Nguyen, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Lima One Capital as Servicer for Lima One Capital, LLC
1325 Franklin Avenue, Suite 160
Garden City, NY 11530