# Notice Recipients

District/Off: 0207−1    User: admin    Date Created: 8/8/2023
Case: 1−23−42033−ess    Form ID: 227    Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        931 Lincoln Place Corp        300 Herkimer        Floor #1        Brooklyn, NY 11216
smg       United States of America      Secretary of the Treasury    15th Street & Pennsylvania Ave. NW        Washington, DC 20220
smg       NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240
smg       NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205
smg       Internal Revenue Service     PO Box 7346    Philadelphia, PA 19101−7346
smg       NYC Department of Finance    345 Adams Street    Office of Legal Affairs    Brooklyn, NY 11201−3719
smg       Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408
10203154  336 West Passaic Street, Suite 310    Rochelle Park, New Jersey 07662
10203155  Andy Alege    300 Herkimer Street, Floor 1    Brooklyn, NY 11216    President
10203153  CDC Small Business Finance    2448 Historic Decatur Rd    Suite 200    San Diego, CA 92106
10210263  INTERNAL REVENUE SERVICE    P.O. BOX 7346    PHILADELPHIA, PA 19101−7346
10203613  Lima One Capital    c/o Lima One Capital, LLC    Friedman Vartolo LLP    1325 Franklin Ave ste. 160    Garden City, NY 11530
10203156  Litzard Vieux    300 Herkimer Street, Floor 1    Brooklyn, NY 11216    Vice President/ Secretary
10204149  New York State Department of Taxation & Finance    Bankruptcy Section    P O Box 5300    Albany New York 12205−0300
10203151  PS Funding, Inc.    2121 Park Place    Suite 250    El Segundo, CA 90245
10203152  Wilmington Trust, N.A.    Truste of MFRA Trust 2016−1    C/O MFResidential Assets I. LLC    350 Park Avenue, 20 Floor    New York, NY 10022

TOTAL: 16