United States Bankruptcy Court
Eastern District of New York

In re: Case No. 23-42033-ess
931 Lincoln Place Corp Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1      User: admin      Page 1 of 2
Date Rcvd: Aug 08, 2023      Form ID: 227      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 931 Lincoln Place Corp, 300 Herkimer, Floor #1, Brooklyn, NY 11216-2611 |
| 10203154 | + | 336 West Passaic Street, Suite 310, Rochelle Park, New Jersey 07662-3027 |
| 10203155 | + | Andy Alege, 300 Herkimer Street, Floor 1, Brooklyn, NY 11216, President 11216-2611 |
| 10203153 | + | CDC Small Business Finance, 2448 Historic Decatur Rd, Suite 200, San Diego, CA 92106-6116 |
| 10203613 | + | Lima One Capital, c/o Lima One Capital, LLC, Friedman Vartolo LLP, 1325 Franklin Ave ste. 160, Garden City, NY 11530-1631 |
| 10203156 | + | Litzard Vieux, 300 Herkimer Street, Floor 1, Brooklyn, NY 11216, Vice President/ Secretary 11216-2611 |
| 10203151 | + | PS Funding, Inc., 2121 Park Place, Suite 250, El Segundo, CA 90245-4843 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: DOFBankruptcy@finance.nyc.gov | Aug 08 2023 18:14:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 08 2023 18:14:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Aug 08 2023 18:14:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 08 2023 18:14:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| smg | + Email/Text: karen.brown@treasury.gov | Aug 08 2023 18:14:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10210263 | EDI: IRS.COM | Aug 08 2023 22:12:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 10204149 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 08 2023 18:14:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10203152 | ##+ | Wilmington Trust, N.A., Truste of MFRA Trust 2016-1, C/O MFResidential Assets I. LLC, 350 Park Avenue, 20 Floor, New |

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 08, 2023 | Form ID: 227 | Total Noticed: 14 |

York, NY 10022-6054

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:**

**Name**          **Email Address**

Dinh Nguyen
  on behalf of Creditor Lima One Capital as servicer for Lima One Capital  LLC dnguyen@ecf.courtdrive.com, bankruptcy@friedmanvartolo.com

Office of the United States Trustee
  USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 2

| Information to identify the case: | |
|---|---|
| Debtor: 931 Lincoln Place Corp | EIN: 47−4052469 |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter: 11  6/8/23 |
| Case number: 1−23−42033−ess | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on June 8, 2023, and an order having been signed by the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, on August 7, 2023 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: August 8, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]